UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 MAR 11  AM 11: 30

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
    Plaintiff )
     )
    v. )    Case No. 2:24-cr-00109-1
     )
JENNIFER LABONTE, )
    Defendant )

## ACKNOWLEDGMENT OF PRESENTENCE REPORT REVIEW

Defendant Jennifer Labonte, and her attorney, Brooks G. McArthur, Esq., of Gravel & Shea PC, hereby acknowledge that they have received and reviewed the final Presentence Report.

Dated:    February 28, 2025

*/s/ Jennifer Labonte*
Jennifer Labonte, Defendant

*/s/ Brooks G. McArthur*
Brooks G. McArthur, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
bmcarthur@gravelshea.com
Attorneys For Defendant